IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| COMPRESSION TECHNOLOGY SOLUTIONS LLC<br><br>*Plaintiff*,<br>v.<br><br>CA, INC., EMC CORPORATION, HEWLETT-PACKARD COMPANY, INTERNATIONAL BUSINESS MACHINES CORP., NETAPP, INC., QUANTUM CORP., AND QUEST SOFTWARE, INC.<br><br>*Defendants.* | CIVIL ACTION NO.: 4:11-cv-01579-TCM |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Compression Technology Solutions, LLC ("Compression Technology") hereby dismisses its claims against Defendant International Business Machines Corp. ("IBM") with prejudice.  IBM has not answered nor filed a motion for summary judgment in this case.

Respectfully submitted,

Dated: February 1, 2012

SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC

By: */s/ Paul A. Lesko*
Paul A. Lesko – E.D.Mo. No. 51914
Jo Anna Pollock – E.D.Mo. No. 51914
Stephen C. Smith – E.D.Mo. No. 6279828IL
One Court Street
Alton, IL  62002
Ph:  618.259.2222
Fax:  618.259.2251
plesko@simmonsfirm.com
jpollock@simmonsfirm.com
ssmith@simmonsfirm.com

*Attorneys for Plaintiff Compression Technology Solutions LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 1st day of February 2012, a true and accurate copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to the following:

James G. Martin
B. Scott Eidson
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: (314) 621-5070
Fax: (314) 621-5065

*Attorneys for Defendant International Business Machines Corp., Hewlett-Packard Company, and EMC Corporation*

Charles F. Koch
Gregory S. Bishop
Rebecca L. Unruh
Thomas F. Fitzpatrick
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025

*Attorneys for Defendant NetApp, Inc.*

Clement S. Roberts; croberts@durietangri.com
Daralyn J. Durie; ddurie@durietangri.com
Lara A. Rogers; lrogers@durietangri.com
DURIE TANGRI, LLP
217 Leidesdorff Street
San Francisco, CA 94111

*Attorneys for Defendant Quantum Corp.*

David A. Roodman; daroodman@bryancave.com
Nick E. Williamson; nick.williamson@bryancave.com
BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102

*Attorneys for Defendant NetApp, Inc. and Defendant Quantum Corp.*

Don V. Kelly; dkelly@evans-dixon.com
EVANS AND DIXON
211 N. Broadway, Suite 2500
St. Louis, MO 63102

Lynne A. Borchers; lborchers@myersbigel.com
MYERS AND BIGEL, PA
P.O. Box 37428
Raleigh, NC 27627

  *Attorneys for Defendant CA, Inc.*

ROPES & GRAY LLP
Jesse J. Jenner; Jesse.Jenner@ropesgray.com
Khue V. Hoang; Khue.Hoang@ropesgray.com
Michael S. Heesters; Michael.Heesters@ropesgray.com
1211 Avenue of the Americas
New York, NY  10036-8704

ROPES & GRAY LLP
Matthew R Clements; Matthew.Clements@ropesgray.com
1900 University Ave, 6th Floor
East Palo Alto, CA  94303-2284

  *Attorneys for Defendants EMC Corporation and Hewlett-Packard Company*


       ___*/s/ Paul A. Lesko*_____
         *Attorneys for Plaintiff*
       *Compression Technology Solutions LLC*